1  NICHOLAS WAGNER, ESQ. (Bar No. 109455)
2  ANDREW B. JONES, ESQ. (Bar No. 076915)
   DANIEL M. KOPFMAN, ESQ. (Bar No. 192191)
3  **LAW OFFICES OF WAGNER & JONES**
   1111 East Herndon, Suite 317
4  Fresno, California 93720
   TEL: (559) 449-1800
5

6  **Attorneys for Plaintiff, Randall Butler**

7

8  CHRISTOPHER JAMES YOST (Bar No. 150785)
   SANDRA C. ISOM, ESQ. (State Bar No. 157374)
9  DAVID S. WILSON, III, ESQ. (Bar No. 174185)
   **FEDERAL EXPRESS CORPORATION**
10 3620 Hacks Cross Road, Building B, 3rd Floor
   Memphis, Tennessee 38125-8800
11 TEL: (901) 434-8217
   FAX: (901) 434-9279
12

13 WILLIAM C. HAHESY, ESQ. (Bar No. 105743)
   **SAGASER, JONES & HAHESY**
14 2445 Capitol Street, 2nd Floor
   Fresno, California 93721
15 TEL: (559) 233-4800
16 FAX: (559) 233-9330

17 **Attorneys for Defendant, Federal Express Corporation**

18

19
20                **UNITED STATES DISTRICT COURT**

21                **EASTERN DISTRICT OF CALIFORNIA**

22 | RANDALL BUTLER and MARY RIORDAN, | Case No. 1:03 CV 6822 OWW DLB |
23 | Plaintiffs, | **STIPULATED ENTRY OF DISMISSAL** |
24 | v. | |
25 | FEDERAL EXPRESS CORPORATION, | **Courtroom: 2** |
26 | Defendant. | **Judge:  Oliver W. Wanger** |

27
28

57566                                1

STIPULATED ENTRY OF DISMISSAL

Now come the parties, Plaintiff Randall Butler ("Plaintiff") and Defendant Federal Express Corporation ("FedEx" or "Defendant"), by and through counsel, and pursuant to Rule 41(A)(1)(ii) file this Stipulated Entry Of Dismissal with prejudice of the above-captioned civil litigation, styled *Randall Butler v. Federal Express Corporation,* Case No.: 1:03 CV 6822 OWW DLB (originally filed as Case No. 03CECG04023MWS, in the Superior Court of California for the County of Fresno). Accordingly, Plaintiff dismisses all o his claims against Defendant with prejudice. Each party shall be responsible for their own costs and attorneys fees.

## ORDER

**IT IS SO ORDERED**

**Dated:** October 19, 2005     /s/ OLIVER W. WANGER

Oliver W. Wanger, U.S. District Judge

SUBMITTED

DATED: September 29, 2005

| | |
|---|---|
| --------/s/---Nicholas Wagner------------------<br>NICHOLAS WAGNER, ESQ.<br>DANIEL M. KOPFMAN, ESQ.<br>**LAW OFFICES OF WAGNER & JONES**<br>1111 East Herndon, Suite 317<br>Fresno, California 93720<br><br>Attorneys for Plaintiff<br>RANDALL BUTLER | --------/s/---Christopher J. Yost --------------<br>CHRISTOPHER JAMES YOST<br>SANDRA C. ISOM, ESQ.<br>DAVID S. WILSON, III, ESQ.<br>**FEDERAL EXPRESS CORPORATION**<br>3620 Hacks Cross Road, Bldg. B, 3rd Floor<br>Memphis, Tennessee 38125<br><br>and<br><br>WILLIAM C. HAHESY, ESQ.<br>**SAGASER, JONES & HAHESY**<br><br>Attorneys for Defendant<br>FEDERAL EXPRESS CORPORATION |